1   **PINNOCK & WAKEFIELD**
    A Professional Corporation
2   David C. Wakefield, Esq.        Bar #:  185736
    Theodore A. Pinnock, Esq.       Bar #:  153434
3   Michelle L. Wakefield, Esq.     Bar #:  200424
    3033 Fifth Avenue, Suite 410
4   San Diego, CA  92103
    Telephone:  619.858.3671
5   Facsimile:  619.858.3646

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11   **ROBERT MCCARTHY, An Individual,**          **Case No.: C06-0948 MMC**

12              **Plaintiff,**                    **NOTICE OF VOLUNTARY DISMISSAL**
                                                  **WITHOUT PREJUDICE OF ONLY**
13        **V.**                                  **DEFENDANT JASSI DHILLON, INC.,**
                                                  **d.b.a. LYONS RESTAURANT  AND**
14   **EMERYVILLE HOTEL DEVELOPMENT**             **ORDER THEREON**
     **VENTURE, L.P., d.b.a. FOUR POINTS**
15   **HOTEL BY SHERATON SAN FRANCISCO**
     **BAY BRIDGE a.k.a. THE FOUR POINTS BY**
16   **SHERATON EMERYVILLE;**
     **EMERYVILLE HOTEL DEVELOPMENT**             **[Fed.R.Civ.P. Rule 41(a)(1)]**
17   **VENTURE, L.P.; PACIFIC HOTEL**
     **MANAGEMENT, LLC; JRR, LLC, d.b.a.**
18   **LYONS RESTAURANT; JASSI DHILLON,**
     **INC., d.b.a. LYONS RESTAURANT;**
19   **EMERYVILLE HOTEL DEVELOPMENT**
     **VENTURE II, L.P.;  And DOES 1**
20   **THROUGH 10, Inclusive**
               **Defendants.**
21

22

23

24

25

26   ///

27   ///

28   ///

                              1

                                        Case No. C06-0948 MMC

**IT IS HEREBY REQUESTED** by **ROBERT MCCARTHY,** Plaintiff, via his attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1), this Court enter a dismissal without prejudice of only Defendant **JASSI DHILLON, INC., d.b.a. LYONS RESTAURANT** from Plaintiff's Complaint, Case No C06-0948 MMC.  Plaintiff's action shall continue against the remaining defendants.

**IT IS SO REQUESTED.**

PINNOCK & WAKEFIELD, APC

Dated: 4/8/06

By: _____
DAVID C. WAKEFIELD, ESQ.
Attorneys for PLAINTIFF

## ORDER ON NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ONLY DEFENDANT  JASSI DHILLON, INC., d.b.a. LYONS RESTAURANT

**PURSUANT TO THE ABOVE REQUEST, IT IS HEREBY ORDERED** that only Defendant **JASSI DHILLON, INC., d.b.a. LYONS RESTAURANT** is dismissed without prejudice from Plaintiffs' Complaint, Case No C06-0948 MMC.

**IT IS SO ORDERED.**

Dated: _ April 11, 2006 _____

_____
HONORABLE MAXINE M. CHESNEY
U.S. DISTRICT COURT JUDGE

2

Case No. C06-0948 MMC