IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT MCCARTHY,

    Plaintiff

    v.

EMERYVILLE HOTEL DEVELOPMENT VENTURE, L.P., et al.,

    Defendants
                                    /

No. C 06-0948 MMC

**ORDER DIRECTING DEFENDANTS TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

    On June 9, 2006, defendants Emeryville Hotel Development Venture, L.P., Emeryville Hotel Development Venture II, L.P., and Pacific Hotel Management, LLC filed an Answer, a Notice of Interested Parties, and Disclosures. Defendants have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

    Defendants are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced

documents. Defendants are hereby advised that if they fail in the future to comply with the Court's Standing Order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: June 19, 2006

MAXINE M. CHESNEY
United States District Judge