IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY,<br><br>    Plaintiff,<br><br>  v.<br><br>EMERYVILLE HOTEL DEVELOPMENT VENTURE, L.P., et al.,<br><br>    Defendants<br>_____/ | No. C-06-0948 MMC<br><br>**ORDER SETTING STATUS CONFERENCE** |

On August 17, 2006, plaintiff and certain of the defendants filed a Joint Notice of Settlement, stating therein that such parties had reached settlement and that plaintiff anticipated filing a dismissal as to all defendants on or before September 8, 2006. To date, plaintiff has not filed a dismissal or any other document in the matter.

Accordingly, the parties are hereby directed to attend a status conference on December 1, 2006, at 10:30 a.m., and to file a joint status conference statement no later than November 21, 2006.

**IT IS SO ORDERED.**

Dated: October 25, 2006

MAXINE M. CHESNEY
United States District Judge