1  **PINNOCK & WAKEFIELD, A.P.C.**
   David C. Wakefield, Esq.     Bar #: 185736
2  Michelle L. Wakefield, Esq.  Bar #: 200424
   3033 Fifth Avenue, Suite 410
3  San Diego, CA  92103
   Telephone: (619) 858-3671
4  Facsimile: (619) 858-3646

5  Attorneys for Plaintiffs

7                  UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

10 ROBERT MCCARTHY, An Individual,          Case No.:  C06-0948 MMC

11                 Plaintiff,                STIPULATED DISMISSAL AND
                                             DISMISSAL WITH PREJUDICE OF
12         v.                                ALL DEFENDANTS FROM
                                             PLAINTIFFS' COMPLAINT AND
13 EMERYVILLE HOTEL DEVELOPMENT              PLAINTIFFS' COMPLAINT IN ITS
   VENTURE, L.P., d.b.a. FOUR POINTS         ENTIRETY AND ORDER THEREON.
14 HOTEL BY SHERATON SAN FRANCISCO
   BAY BRIDGE a.k.a. THE FOUR POINTS BY
15 SHERATON EMERYVILLE;
   EMERYVILLE HOTEL DEVELOPMENT
16 VENTURE, L.P.; PACIFIC HOTEL              [Fed.R.Civ.P. Rule 41(a)(2)]
   MANAGEMENT, LLC; JRR, LLC, d.b.a.
17 LYONS RESTAURANT; JASSI DHILLON,
   INC., d.b.a. LYONS RESTAURANT;
18 EMERYVILLE HOTEL DEVELOPMENT
   VENTURE II, L.P; And DOES 1 THROUGH
19 10, Inclusive,

22                Defendants.

26     **IT IS HEREBY STIPULATED** by and between Robert McCarthy, An Individual,

27 Plaintiff, on the one hand, and Defendants EMERYVILLE HOTEL DEVELOPMENT

28 VENTURE, L.P.; EMERYVILLE HOTEL DEVELOPMENT VENTURE II, L.P.; and PACIFIC

                                          1        Case Number:C06-0948 MMC

Document Date: August 4, 2006

1  HOTEL MANAGEMENT, LLC, on the other hand, through their respective attorneys of record
2  that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a
3  dismissal with prejudice of Defendants EMERYVILLE HOTEL DEVELOPMENT VENTURE,
4  L.P., d.b.a. FOUR POINTS HOTEL BY SHERATON SAN FRANCISCO BAY BRIDGE a.k.a.
5  THE FOUR POINTS BY SHERATON EMERYVILLE; EMERYVILLE HOTEL
6  DEVELOPMENT VENTURE, L.P.; PACIFIC HOTEL MANAGEMENT, LLC; JRR, LLC,
7  d.b.a. LYONS RESTAURANT; JASSI DHILLON, INC., d.b.a. LYONS RESTAURANT;
8  EMERYVILLE HOTEL DEVELOPMENT VENTURE II, LP from Plaintiffs' Complaint, Case
9  Number: C06-0948 MMC. Additionally, Plaintiffs request that the Complaint be dismissed with
10 prejudice in its entirety.

**IT IS SO STIPULATED.**

Dated: September 28, 2006            **PINNOCK & WAKEFIELD, A.P.C.**

                                     By:   __/s/_____
                                           DAVID C. WAKEFIELD, ESQ.
                                           MICHELLE L. WAKEFIELD, ESQ.
                                           Attorneys for Plaintiff

Dated: September 28, 2006            **BRYAN CAVE, LLP**

                                     By:   ___/s/_____
                                           DAVID H. RAIZMAN, ESQ.
                                           Attorney for Defendants EMERYVILLE HOTEL
                                           DEVELOPMENT VENTURE, L.P.;
                                           EMERYVILLE HOTEL DEVELOPMENT
                                           VENTURE II, L.P.; and PACIFIC HOTEL
                                           MANAGEMENT, LLC

Document Date: August 4, 2006

## ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY

**IT IS HEREBY ORDERED** that Defendants EMERYVILLE HOTEL DEVELOPMENT VENTURE, L.P., d.b.a. FOUR POINTS HOTEL BY SHERATON SAN FRANCISCO BAY BRIDGE a.k.a. THE FOUR POINTS BY SHERATON EMERYVILLE; EMERYVILLE HOTEL DEVELOPMENT VENTURE, L.P.; PACIFIC HOTEL MANAGEMENT, LLC; JRR, LLC, d.b.a. LYONS RESTAURANT; JASSI DHILLON, INC., d.b.a. LYONS RESTAURANT; EMERYVILLE HOTEL DEVELOPMENT VENTURE II, LP are dismissed with prejudice from Plaintiffs' Complaint, Case Number: C06-0948 MMC. Additionally, Plaintiffs' Complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: October 26, 2006

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

3    Case Number: C06-0948 MMC

Document Date: August 4, 2006